IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BURRIS, | : | |
|     Plaintiff | : | No. 1:21-cv-01923 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| WELTMAN, WEINBERG & REIS, CO., L.P.A., | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 19th day of August 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for judgment on the pleadings (Doc. No. 10) is **DENIED AS MOOT**;

2. This matter is **REMANDED** to the Susquehanna County Court of Common Pleas for Plaintiff's lack of Article III standing; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania